THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| ANGELA KOLEBUCK-UTZ, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>    v.<br><br>WHITEPAGES INC.,<br><br>                Defendant. | CASE NO. C21-0053-JCC<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      This matter comes before the Court on the parties' stipulated motion to extend initial scheduling deadlines (Dkt. No. 16). The parties ask to extend the initial case management deadlines in light of the Court's pending ruling on Whitepages' motion to dismiss. Finding good cause, the motion is GRANTED. The new deadlines are as follows:

| | |
|---|---|
| FRCP 26(f) Conference Deadline | May 26, 2021 |
| Initial Disclosure Deadline | June 2, 2021 |
| Joint Status Report | June 9, 2021 |

      It is so ORDERED.

//

MINUTE ORDER
C21-0053-JCC
PAGE - 1

DATED this 12th day of April 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk