HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA KOLEBUCK-UTZ individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHITEPAGES INC.,<br><br>Defendant. | Case No. 21-cv-00053-JCC<br><br>STIPULATION AND (PROPOSED) ORDER STAYING ACTION PENDING MEDIATION<br><br>NOTED ON MOTION CALENDAR: JULY 2, 2021 |

**STIPULATION**

Whitepages, Inc. and Angela Kolebuck-Utz have agreed to mediate this dispute but are unable to do so until at least September 2021.  Mindful that mediation will be more likely to succeed in resolving the dispute if they are not incurring fees and costs actively litigating the matter in the interim, the parties ask the court to stay the matter until mediation has concluded. The parties may engage in informal discovery during the stay period to inform the mediation but have agreed that all deadlines should be postponed, and no formal discovery undertaken, until the stay is lifted.  The parties agree that the stay shall not prejudice any party in any way, including as to Whitepages' potential motion to compel arbitration, and that the period of the stay shall not be included in any determination of timeliness of that or any action.

The parties will file a Joint Status Report no later than October 15, 2021, notifying the Court of the status of the matter.  If mediation is not successful, the parties will request that the

STIPULATION AND (PROPOSED) ORDER FOR
EXTENSION OF TIME TO ANSWER COMPLAINT- 1
(Case No. 21-cv-00053-JCC)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

Court lift the stay and will propose an amended case schedule and a new trial date.

STIPULATED AND AGREED TO this 2nd day of July, 2021.

| BURSOR & FISHER, P.A | HARRIGAN LEYH FARMER & THOMSEN LLP |
|---|---|
| By: *s/ Philip L. Fraietta*<br>Philip L. Fraietta (*Pro Hac Vice*)<br>888 Seventh Avenue<br>New York, NY 10019<br>Tel: (646) 837-7150<br>Fax: (212) 989-9163<br>Email: pfraietta@bursor.com | By: *s/ Timothy G. Leyh*<br>By: *s/ Tyler L. Farmer*<br>By: *s/ Kristin E. Ballinger*<br>By: *s/ Bryn R. Pallesen*<br>Timothy G. Leyh, WSBA #14853<br>Tyler L. Farmer, WSBA #39912<br>Kristin E. Ballinger, WSBA #28253<br>Bryn R. Pallesen, WSBA #57714<br>999 Third Avenue, Suite 4400<br>Seattle, WA 98104<br>Tel: (206) 623-1700<br>Fax: (206) 623-8717<br>Email: timl@harriganleyh.com<br>Email: tylerf@harriganleyh.com<br>Email: kristinb@harriganleyh.com<br>Email: brynp@harriganleyh.com |
| CARSON NOEL PLLC<br><br>By: *s/ Wright A. Noel*<br>Wright A. Noel (WSBA #25264)<br>20 Sixth Avenue NE<br>Issaquah, WA 98027<br>Tel: (425) 837-4717<br>Fax: (425) 837-5396<br>Email: wright@carsonnoel.com | |
| *Attorneys for Angela Kolebuck-Utz* | *Attorneys for Whitepages, Inc.* |

## **[PROPOSED] ORDER**

Pursuant to the parties' stipulation, docket no. 24, the Court STRIKES the deadlines set forth in the Civil Trial Scheduling Order entered June 10, 2021, docket no. 23, and STAYS this matter until further order. The parties shall file a Joint Status Report no later than October 15, 2021, notifying the Court of the status of the matter, including whether the Court should lift or maintain the stay, and, if the former, proposing an amended case schedule and a new trial date. Any party may request that the Court lift the stay upon notice to the other party.

DATED this _____ day of _____, 2021.

THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND (PROPOSED) ORDER FOR
EXTENSION OF TIME TO ANSWER COMPLAINT- 2
(Case No. 21-cv-00053-JCC)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717