THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA KOLEBUCK-UTZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>WHITEPAGES INC.,<br><br>　　　　　　　Defendant. | CASE NO. C21-0053-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　This matter comes before the Court on the parties' joint status report (Dkt. No. 26). According to the report, the parties continue to engage in mediation efforts and ask that the stay in this case be extended while these efforts are ongoing. (*Id.* at 1–2.) The request is GRANTED. The parties are DIRECTED to issue a joint status report once mediation efforts are complete.

　　　DATED this 18th day of October 2021.

　　　　　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　 /s/ *Sandra Rawski*
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C21-0053-JCC
PAGE - 1