THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA KOLEBUCK-UTZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHITEPAGES INC.,<br><br>Defendant. | CASE NO. C21-0053-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On July 2, 2021, the Court stayed this matter to provide the parties time to engage in mediation efforts. (*See* Dkt. No. 25.) The Court later extended the stay. (*See* Dkt. No. 27.) More than five months have elapsed since then, without notice. Accordingly, the parties are ORDERED to file a joint status report within ten (10) days of this ORDER.

//
//
//
//

MINUTE ORDER
C21-0053-JCC
PAGE - 1

DATED this 1st day of March 2022.

RAVI SUBRAMANIAN
Clerk of Court

/s/ *Sandra Rawski*
Deputy Clerk