1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ANGELA KOLEBUCK-UTZ,
individually and on behalf of all others
similarly situated,

                                        Plaintiff,

        v.

WHITEPAGES INC.,

                                        Defendant.

No. 21-cv-00053-JCC

**JOINT STATUS REPORT**

        Pursuant to the Court's March 1, 2022 order, Plaintiff Angela Kolebuck-Utz and

Defendant Whitepages Inc., respectfully submit the following Joint Status Report:

        1.       Since filing their last joint status report on October 15, 2021 (ECF No. 26), the

parties have reached a tentative agreement on nearly all material terms of a class action

settlement, and currently are drafting formal written settlement paperwork for review and

potential approval by the parties.

        2.       The settlement would resolve this case and *Lukis v. Whitepages, Inc.*, No. 19-cv-

04871 (N.D. Ill.), a case that alleges similar claims against Whitepages under Illinois law.  If

the settlement is finalized in a formal written settlement agreement acceptable to and signed by

all parties, it would include two separate settlement classes – an Illinois settlement class and an

Ohio settlement class – and it would be processed before the *Lukis* court.

        3.       The parties are striving to file a motion for preliminary approval of class action

settlement on the *Lukis* docket on or before March 21, 2022 (*Lukis*, ECF No. 238).

JOINT STATUS REPORT
Case No.   21-cv-00053-JCC

1

2     4.       The parties request that this case remain stayed while they undertake these

3    efforts.

4        DATED this 11th day of March, 2022.

5

6    Attorneys for Plaintiff

7    Respectfully submitted,

8    **BURSOR & FISHER, P.A.**

9    By:    */s/ Philip L. Fraietta*
             Philip L. Fraietta

10

11    Philip L. Fraietta (*Pro Hac Vice*)
    888 Seventh Avenue

12    New York, NY 10019
    Telephone: (646) 837-7150

13    Facsimile:  (212) 989-9163
    E-Mail: pfraietta@bursor.com

14

15

16    Wright A. Noel (State Bar No. 25264)
    **CARSON NOEL PLLC**

17    20 Sixth Avenue NE
    Issaquah, WA 98027

18    Tel: (425) 837-4717
    Fax: (425) 837-5396

19    E-Mail: wright@carsonnoel.com

20

21    Attorneys for Defendant

22    HARRIGAN LEYH FARMER & THOMSEN LLP

23    By: */s/ Timothy G. Leyh*
    By: */s/ Tyler L. Farmer*

24    By: */s/ Bryn R. Pallesen*
    Timothy G. Leyh, WSBA #14853

25    Tyler L. Farmer, WSBA #39912
    Bryn R. Pallesen, WSBA #57714

26    999 Third Avenue, Suite 4400

27    Seattle, WA 98104

    JOINT STATUS REPORT
    Case No.   21-cv-00053-JCC

Tel: (206) 623-1700
Fax: (206) 623-8717
Email: timl@harriganleyh.com
Email: tylerf@harriganleyh.com
Email: kristinb@harriganleyh.com
Email: brynp@harriganleyh.com

JOINT STATUS REPORT
Case No.   21-cv-00053-JCC