THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA KOLEBUCK-UTZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHITEPAGES INC.,<br><br>Defendant. | CASE NO. C21-0053-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On March 9, 2022 the parties issued a joint status report for this stayed case, indicating that the approval of a settlement was imminent. (Dkt. No. 30 at 1.)[1] Two months have since elapsed, and the parties have not yet sought a dismissal of this matter, or taken other action with the Court. Accordingly, the parties are ORDERED to file a joint status report within ten (10) days of this ORDER.

//

//

---

[1] They also indicated that the settlement would resolve a case with similar allegations, *Lukis v. Whitepages, Inc.*, No. 19-cv-04871 (N.D. Ill.). (*See* Dkt. No. 30 at 1.)

MINUTE ORDER
C21-0053-JCC
PAGE - 1

DATED this 2nd day of May 2022.

                                               RAVI SUBRAMANIAN
                                               Clerk of Court

                                               /s/ *Sandra Rawski*
                                               Deputy Clerk