THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGELA KOLEBUCK-UTZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHITEPAGES INC.,<br><br>Defendant. | No. 21-cv-00053-JCC<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's May 2, 2022, order, Plaintiff Angela Kolebuck-Utz and Defendant Whitepages Inc., respectfully submit the following Joint Status Report:

1. On April 25, 2022, the parties fully executed an agreement to resolve this matter.

2. Pursuant to the agreement, Plaintiff will file dismissal papers on or before June 8, 2022.

3. The parties request that this case remain stayed while they effectuate the agreement.

DATED this 9th day of May 2022.

Attorneys for Plaintiff

Respectfully submitted,

JOINT STATUS REPORT
Case No.   21-cv-00053-JCC

**BURSOR & FISHER, P.A.**

By:   */s/ Philip L. Fraietta*
         Philip L. Fraietta

Philip L. Fraietta (*Pro Hac Vice*)
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: pfraietta@bursor.com

Wright A. Noel (State Bar No. 25264)
**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, WA 98027
Tel: (425) 837-4717
Fax: (425) 837-5396
E-Mail: wright@carsonnoel.com

Attorneys for Defendant

HARRIGAN LEYH FARMER & THOMSEN LLP

By: */s/ Timothy G. Leyh*
By: */s/ Tyler L. Farmer*
By: */s/ Bryn R. Pallesen*
Timothy G. Leyh, WSBA #14853
Tyler L. Farmer, WSBA #39912
Bryn R. Pallesen, WSBA #57714
999 Third Avenue, Suite 4400
Seattle, WA 98104
Tel: (206) 623-1700
Fax: (206) 623-8717
Email: timl@harriganleyh.com
Email: tylerf@harriganleyh.com
Email: brynp@harriganleyh.com

JOINT STATUS REPORT
Case No.   21-cv-00053-JCC