HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANGELA KOLEBUCK-UTZ individually and on behalf of all others similarly situated,

Plaintiff,

v.

WHITEPAGES INC.,

Defendant.

Case No. 21-cv-00053-JCC

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)

**NOTE ON MOTION CALENDAR: JUNE 6, 2022**

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Angela Kolebuck-Utz and Defendant Whitepages, Inc. stipulate to dismissal of this action with prejudice and with each party to bear its own costs and attorneys' fees.

STIPULATED AND AGREED TO this 6th day of June, 2022.

BURSOR & FISHER, P.A

By: *s/ Philip L. Fraietta*
Philip L. Fraietta (*Pro Hac Vice*)
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
Email: pfraietta@bursor.com

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/ Timothy G. Leyh*
By: *s/ Tyler L. Farmer*
By: *s/ Bryn R. Pallesen*
Timothy G. Leyh, WSBA #14853
Tyler L. Farmer, WSBA #39912
Bryn R. Pallesen, WSBA #57714
999 Third Avenue, Suite 4400
Seattle, WA 98104
Tel: (206) 623-1700

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) - 1
(Case No. 21-cv-00053-JCC)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

CARSON NOEL PLLC

By: *s/ Wright A. Noel*
Wright A. Noel (WSBA #25264)
20 Sixth Avenue NE
Issaquah, WA 98027
Tel: (425) 837-4717
Fax: (425) 837-5396
Email: wright@carsonnoel.com

*Attorneys for Angela Kolebuck-Utz*

Fax: (206) 623-8717
Email: timl@harriganleyh.com
Email: tylerf@harriganleyh.com
Email: brynp@harriganleyh.com

*Attorneys for Whitepages, Inc.*

STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO FRCP 41(a)(1)(A)(ii) - 2
(Case No. 21-cv-00053-JCC)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717